UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

BUCHANAN MARINE, LP : Civ No. 3:02CV456(GLG)
    PLAINTIFF :
  :   U.S. DISTRICT COURT
V. :   NEW HAVEN, CONN.
  :
ZENONE, INC. :
    DEFENDANT : OCTOBER 15, 2003
  :

### PLAINTIFF'S MOTION FOR DEFAULT AND REQUEST FOR REASONABLE ATTORNEY'S FEES

Pursuant to the Court's Order dated September 8, 2003, and Fed. R. Civ. Proc. 55, Plaintiff now moves for an order of DEFAULT for failure of the Defendant to appear. In support thereof, the undersigned states as follows:

1.    This is an action for damages arising out of a maritime contract of bailment under which the Defendant owed a duty to exercise reasonable care with respect to the Plaintiff's barge while the barge was under the control of the Defendant, its agents and/or employees.

2.    The incident which is the subject matter of this lawsuit occurred on or about December 4, 2000, when the Plaintiff's barge, while in custody and under control of the Defendant, sustained damage when it was grounded and stranded off the shore of Defendant's construction site on Falkners Island in the Long Island Sound.

3.    On or about January 28, 2003, Plaintiff served Defendant ZENONE, INC. with a set of Interrogatories and Requests for Production.

4.    The time to provide responses to the Interrogatories and Requests for Production numbered has expired pursuant to Fed. R. Civ. Proc. Rule 33.

5.  On or about April 11, 2003, the undersigned requested Defendant comply with the Interrogatories and Requests for Production. <u>See</u> Schedule "A" (letter to Attorney LaPenta contained within Motion to Compel).

7.  On or about May 20, 2003, the undersigned filed a Motion to Compel requesting compliance with the January 28, 2003 discovery request, and requesting the court to order such other relief the Court deemed just, including default and an award of costs of the Motion to Compel including a reasonable attorney's fee.

8.  On or about June 17, 2003, the Court entered an Order compelling Defendant to comply with Plaintiff's January 28, 2003 discovery request (Goettel, J).

9.  To date, Defendant has been and remains non-responsive to Plaintiff's discovery request and the Court's Order compelling discovery dated June 17, 2003.

10. On or about August 4, 2003, Plaintiff filed a Motion for Default and request for reasonable attorney's fees for noncompliance with discovery.

11. On or about August 7, 2003, Defendant's counsel, William P. Kardaras, of Kardaras & Kelleher, LLP (formerly Cooper Kardaras & Kelleher, LLP) filed a request for an order permitting Messrs. Kardaras & Kelleher, LLP to withdraw as counsel of record. The proposed order, which the Court ultimately granted on or about September 8, 2003, provided Defendant with thirty (30) days from the date of service of the order to retain and appear in this matter through new counsel, and failing same, Plaintiff may thereupon make application to the Court to enter a default.

12. At least thirty-seven (37) days have passed since the order referenced in paragraph 11 was granted. As of October 15, 2003, Defendants have failed to appear through new counsel.

**WHEREFORE,** the Plaintiff respectfully requests an order of DEFAULT against the Defendant, Zenone, Inc., for failure to appear and award of costs and reasonable attorney's fees generated in the filing of this motion and the preceding motion to compel pursuant to Rule 37(b) of the Federal Rules of Civil Procedure in the amount of $770.50 and whatever sanctions the court deems appropriate.

        **The Plaintiff,**
        **BUCHANAN MARINE**

By: _____
    Jared Cohane (ct#24264)
    Eisenberg, Anderson,
       Michalik & Lynch LLP
    136 West Main Street
    P.O. Box 2950
    New Britain, CT 06050-2950
    Tel: (860) 229-4855
    Fax: (860) 223-4026

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was mailed, VIA CERTIFIED MAIL, to the Defendant at its last known address, this 15th day of October 2003:

Zenone, Inc.
120 Grove Street
Franklin, MA 02038

_____
Jared Cohane
Fed. Bar. ct#24264