UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BUCHANAN MARINE, LP : Civ No. 302CV456(GLG)
PLAINTIFF :
:
V. :
:
ZENONE, INC. :
DEFENDANT : OCTOBER 15, 2003
:

**PLAINTIFF'S MOTION FOR DEFAULT AND REQUEST FOR REASONABLE ATTORNEY'S FEES**

Pursuant to the Court's Order dated September 8, 2003, and Fed. R. Civ. Proc. 55, Plaintiff now moves for an order of DEFAULT for failure of the Defendant to appear. In support thereof, the undersigned states as follows:

1. This is an action for damages arising out of a maritime contract of bailment under which the Defendant owed a duty to exercise reasonable care with respect to the Plaintiff's barge while the barge was under the control of the Defendant, its agents and/or employees.

2. The incident which is the subject matter of this lawsuit occurred on or about December 4, 2000, when the Plaintiff's barge, while in custody and under control of the Defendant, sustained damage when it was grounded and stranded off the shore of Defendant's construction site on Falkners Island in the Long Island Sound.

3. On or about January 28, 2003, Plaintiff served Defendant ZENONE, INC. with a set of Interrogatories and Requests for Production.

4. The time to provide responses to the Interrogatories and Requests for Production numbered has expired pursuant to Fed. R. Civ. Proc. Rule 33.