UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BUCHANAN MARINE, LP | : | Civ No. 302CV456 (GLG) |
|     PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| ZENONE, INC. | : | |
|     DEFENDANT | : | AUGUST 4, 2003 |

### PLAINTIFF'S MOTION FOR DEFAULT AND REQUEST FOR REASONABLE ATTORNEY'S FEES

Pursuant to Fed. R. Civ. Proc. Rule 37(b), the Plaintiff hereby moves the Court to enter an order of DEFAULT and award the Plaintiff reasonable costs and attorney's fees for Defendant's long-standing noncompliance with the Order entered by the Court compelling the Defendant, ZENONE, INC., to provide the Plaintiff with responses to interrogatories and to produce certain documents as requested in Plaintiff's Interrogatories and Requests for Production served on Defendant on January 28, 2003. In support thereof, the undersigned states as follows:

1. This is an action for damages arising out of a maritime contract of bailment under which the Defendant owed a duty to exercise reasonable care with respect to the Plaintiff's barge while the barge was under the control of the Defendant, its agents and/or employees.

2. The incident which is the subject matter of this lawsuit occurred on or about December 4, 2000, when the Plaintiff's barge, while in custody and under control of the Defendant, sustained damage when it was grounded and stranded off the shore of Defendant's construction site on Falkners Island in the Long Island Sound.

3. On or about January 28, 2003, Plaintiff served Defendant ZENONE, INC. with a set of Interrogatories and Requests for Production.

*[Handwritten margin note: MOTION DENIED as moot. Please see docket # 15. Gerard L. Goettel, USDJ 12/4/03]*