*Motion GRANTED in the absence of opposition.*

*Gerard L. Goettel, USDJ*

*Jan. 5, 2004*

*The Clerk will prepare a judgment.*

FILED
Nov 21  2 28 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BUCHANAN MARINE, LP | : | Civ No. 302CV456 (GLG) |
|     PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| ZENONE, INC. | : | |
|     DEFENDANT | : | NOVEMBER 20, 2003 |

## MOTION FOR JUDGMENT

Pursuant to Fed. R. Civ. Proc. 55, Plaintiff now moves for an order of JUDGMENT BY DEFAULT for failure of the Defendant to appear. In support thereof, the undersigned states as follows:

1. This is an action for damages arising out of a maritime contract of bailment under which the Defendant owed a duty to exercise reasonable care with respect to the Plaintiff's barge while the barge was under the control of the Defendant, its agents and/or employees.

2. The incident which is the subject matter of this lawsuit occurred on or about December 4, 2000, when the Plaintiff's barge, while in custody and under control of the Defendant, sustained damage when it was grounded and stranded off the shore of Defendant's construction site on Falkners Island in the Long Island Sound.

3. The Court entered a Default for failure to appear and defend on or about October 27, 2003.

4. Defendant is a corporation formed under the laws of the State of Massachusetts, and is not an infant or incompetent person.

5. Plaintiff's damages are for a sum certain of **$74,749.03**, as set forth more particularly in the affidavit of Plaintiff's Insurance Administrator, Todd E. Swenson, which is attached hereto as Schedule A.

**WHEREFORE,** the Plaintiff respectfully requests an order of JUDGMENT BY DEFAULT against the Defendant, Zenone, Inc., in the amount of **$74,749.03**.

**The Plaintiff,**
**BUCHANAN MARINE**

By: _____
Jared Cohane (ct#24264)
Eisenberg, Anderson,
   Michalik & Lynch LLP
136 West Main Street
P.O. Box 2950
New Britain, CT 06050-2950
Tel: (860) 229-4855
Fax: (860) 223-4026

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was mailed, VIA CERTIFIED MAIL, to the Defendant at its last known address, this 20th day of November 2003:

Zenone, Inc.
120 Grove Street
Franklin, MA 02038

_____
Jared Cohane
Fed. Bar ct#24264

3

STATE OF CONNECTICUT )
) ss: Newington   November 14, 2003
COUNTY OF HARTFORD )

## AFFIDAVIT OF TODD E. SWENSON

Personally appeared Todd E. Swenson, who being duly sworn, deposes and says:

1. I am over 18 years of age and believe in the obligations of an oath.

2. I am the Insurance Administrator for Tilcon Inc., and it subsidiary Buchanan Marine Inc. Buchanan Marine Inc. is a partner in the limited partnership known as Buchanan Marine LP

3. As part of my duties as Insurance Administrator, I am responsible for monitoring losses sustained by Buchanan Marine LP for accidents and other incidents involving damage to Buchanan Marine LP's equipment including boats and barges.

4. As Insurance Administrator, I have been intimately involved in assessing the loss and repair costs for damage sustained by Buchanan Marine LP, when Barge B-64 was grounded and damaged while in the custody and control of Zenone, Inc. on or about December 4, 2001.

5. The cost to salvage Barge B-64 was $19,097.35. The break down of the salvage cost is as follows: labor costs of $2,472.35 for 28 hours of labor by welders ($1,339.28); engaging a Scow superintendent for two days ($690.28); engaging and a marine runner for six hours plus an additional 15.5 hours of overtime ($442.79); and tug boat costs of $16,625.00 (66.5 hours of outside towing at $250/hr).

6. The cost to repair Barge B-64 was $55,651.68. The break down of the repair cost is as follows: direct labor costs of $31,863.48 for 982.2 hours of labor by welders; and material costs of $23,788.20.

7. The total loss sustained by Buchanan Marine LP for damage done to Barge B-64 while in the custody and control of Zenone, Inc. is $74,749.03, exclusive of loss of use of Barge B-64 while it was being salvaged and made seaworthy again.

_Todd E. Swenson_
Todd E. Swenson

Subscribed and sworn to before me on this 14 day of November, 2003.

_Mary R. Neville_
Notary Public