UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 12  11 55 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

BBUCHANAN MARINE, LP

vs.

ZENONE, INC.

Civil No. 3:02CV456 (GLG)

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Gerard L. Goettel, Senior United States District Judge, as a result of plaintiff's motion for default judgment. On October 28,2003 default entered as to defendant Zenone, Inc.. On November 21,2003 plaintiff moved for default judgment as to defendant Zenone, Inc.. On January 6, 2004, by endorsement order the Court granted the requested relief in the amount of $74,749.03.

Therefore, it is ORDERED and ADJUDGED that default judgment is entered for the plaintiff in the amount of $74,749.03 and the case is closed..

Dated at New Haven, Connecticut, this 9th day of January, 2004.

KEVIN F. ROWE, Clerk
By  *(signature)*
Frank DePino
Deputy Clerk

EOD: _____