FILED

FEB 25  11 43 AM '04

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Civil No: 3:02CV456(GLG)

In re: Buchanan Marine, LP
       PLAINTIFF

v.

Zenone, Inc.
       DEFENDANT

February 19, 2004

## MOTION TO REQUEST POST-JUDGMENT REMEDY

Pursuant to a default judgment entered by this Court on January 13, 2004, Plaintiff now moves to seek a post-judgment remedy against the Defendant, Zenone, Inc., and in support thereof, states as follows:

1. That judgment entered against the Defendant, Zenone, Inc. on January 13, 2004.

2. That the default judgment was entered against the Defendant in the amount of $74,749.03.

3. That the Defendant has not paid the amount of the judgment, and the appeal period has expired.

4. That in order to properly secure Plaintiff's judgment, the Plaintiff seeks to discover assets of the Defendant and examine the Defendant under oath to

EISENBERG, ANDERSON, MICHALIK & LYNCH LLP • ATTORNEYS AT LAW
136 WEST MAIN STREET • POST OFFICE BOX 2950 • NEW BRITAIN, CT 06050-2950 • (860) 229-4855 • (860) 225-8403 • JURIS NO. 37765
FAX: (860) 223-4026

determine whether the Defendant has sufficient assets to satisfy the judgment amount.

5.  That it is necessary to examine James H. Zenone, an officer of the corporation.

WHEREFORE, the Applicant prays that the Court Order the judgment Debtor, James H. Zenone, officer of Zenone, Inc., to appear at the Law Offices of Eisenberg, Anderson, Michalik & Lynch, 136 West Main St., New Britain, CT on the 15th day of April, 2005 at 10:00 a.m. to submit to an examination under oath to produce the documents described in Exhibit "A".

Dated this 19th day of February, 2004.

BUCHANAN MARINE, LP

By: _____
JoAnn C. Silvia
Eisenberg, Anderson, Michalik
& Lynch, LLP
136 West Main St., P. O. Box 2950
New Britain, CT 06050-2950
Telephone: (860) 229-4855
Fed. Bar CT No: 401416

## CERTIFICATION

This is to certify that the foregoing was mailed, postage prepaid on this the 19th day of February, 2004, to the Defendant's last known address:

Zenone, Inc.
120 Grove St.
Franklin, MA 02038

JoAnn C. Silvia
Fed. Bar CT # 401416

**EISENBERG, ANDERSON, MICHALIK & LYNCH LLP** • *ATTORNEYS AT LAW*
136 WEST MAIN STREET • POST OFFICE BOX 2950 • NEW BRITAIN, CT 06050-2950 • (860) 229-4855 • (860) 225-8403 • JURIS NO. 37765
FAX: (860) 223-4026

SUBPOENA DUCES TECUM
TO: ZENONE, INC.

### SCHEDULE "A"

1. Federal Income Tax returns for tax years 2001, 2002 and 2003.

2. State Income Tax returns for tax years 2001, 2002 and 2003.

3. Joint venture/partnership returns for tax years 2001, 2002 and 2003.

4. All bank passbooks, both checking and savings accounts, including account numbers, in the corporation's name for 2001 to the present.

5. All bank statements in the corporation's name for 2001 to the present.

6. All financial records, financial statements and accountant's statements in the corporation's name for 2001 to the present.

7. All checks and check books and cancelled checks for 2001 to the present in the corporation's name.

8. All contracts for work presently under way or to be performed in the future.

9. All ledgers, billings and other writings which reflect any of the corporation's accounts receivable.

10. All titles to all motor vehicles in the corporation's name.

11. All stocks, bonds and securities in the corporation's name.

12. All deeds for all real property in the corporation's name.

13. All documents evidencing transfer or assets within the past three (3) years.

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.

**EISENBERG, ANDERSON, MICHALIK & LYNCH LLP** • *ATTORNEYS AT LAW*
136 WEST MAIN STREET • POST OFFICE BOX 2950 • NEW BRITAIN, CT 06050-2950 • (860) 229-4855 • (860) 225-8403 • JURIS NO. 37765
FAX: (860) 223-4026

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| In re: Buchanan Marine, LP<br>PLAINTIFF :<br>:<br>v. :<br>:<br>Zenone, Inc. :<br>DEFENDANT :<br>: | Civil No: 3:02CV456(GLG)<br><br><br><br><br><br>February 19, 2004 |

## ORDER

Upon the Motion of Buchanan Marine, LP, Creditor of the above named, it is ORDERED:

That the Debtor, Zenone, Inc., by its officer, James H. Zenone, on the 15th day of April, 2004, at 10:00 a.m. to submit to an examination under oath.

Dated at Hartford, Connecticut, this the _____ day of _____, 2004.

_____
United States Bankruptcy Judge