FILED

FEB 25  11 43 AM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: Buchanan Marine, LP : <br> PLAINTIFF : <br> : <br> v. : <br> : <br> Zenone, Inc. : <br> DEFENDANT : <br> : | Civil No: 3:02CV456(GLG) <br><br><br><br><br><br><br> February 19, 2004 |

SO ORDERED.
Gerard L. Goettel, USDJ
3/11/04

## MOTION TO REQUEST POST-JUDGMENT REMEDY

Pursuant to a default judgment entered by this Court on January 13, 2004, Plaintiff now moves to seek a post-judgment remedy against the Defendant, Zenone, Inc., and in support thereof, states as follows:

1. That judgment entered against the Defendant, Zenone, Inc. on January 13, 2004.

2. That the default judgment was entered against the Defendant in the amount of $74,749.03.

3. That the Defendant has not paid the amount of the judgment, and the appeal period has expired.

4. That in order to properly secure Plaintiff's judgment, the Plaintiff seeks to discover assets of the Defendant and examine the Defendant under oath to

EISENBERG, ANDERSON, MICHALIK & LYNCH LLP • ATTORNEYS AT LAW
136 WEST MAIN STREET • POST OFFICE BOX 2950 • NEW BRITAIN, CT 06050-2950 • (860) 229-4855 • (860) 225-8408 • JURIS NO. 37765
FAX: (860) 223-4026